IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA A. BONE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., Delaware corporation; and MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC., Delaware corporation;<br><br>Defendants. | **8:19CV8**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 23) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 10th day of March, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge